# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| GOMIN GARDIYEHEWA, | ) Case No. 5:24-cv-00405-D-KS |
| Plaintiff, | ) |
| -against- | ) NOTICE OF SETTLEMENT AS TO DEFENDANTS SIMPLIWORKS INC. AND MALIK MCCRAY |
| SIMPLIWORKS INC, and MALIK MCCRAY, as an individual, | ) |
| Defendants. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff Gomin Gardiyehewa ("Plaintiff") and Defendants Simpliworks Inc. and Malik McCray ("Defendants"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: This 30th day of September 2025.

By: */s/Dawn McCraw*
Dawn McCraw, NC Bar No. 54714
CONSUMER JUSTICE LAW FIRM
8095 N 85th Way
Scottsdale, AZ 85258
T: (602) 807-1527
E: dmccraw@consumerjustice.com

1

Janelle Romero, NY Bar No. 5750195
CONSUMER JUSTICE LAW FIRM
72-47 139th Street
Flushing, NY 11367
Telephone: 718-874-8247
jromero@consumerjustice.com
*Attorney for Plaintiff*
*Gomin Gardiyehewa*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Dawn McCraw*