**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| GOMIN GARDIYEHEWA, | ) Case No. 5:24-cv-00405-D-KS |
| Plaintiff, | ) |
| | ) |
| -against- | ) |
| | ) |
| SIMPLIWORKS INC, and MALIK MCCRAY, as an individual, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S MOTION TO VACATE DISMISSAL, REOPEN CASE, ENFORCE SETTLEMENT AGREEMENT AND ENTER CONFESSION OF JUDGMENT AGAINST DEFENDANTS**

Plaintiff Gomin Gardiyehewa ("Plaintiff"), hereby files this Motion to Vacate the Dismissal With Prejudice, Reopen this Case, Enforce the Parties' Settlement Agreement and for Entry of a Confession of Judgment against Defendants Simpliworks Inc. and Malik McCray ("Defendants").

As described in the brief accompanying this motion, Plaintiff requests this relief pursuant to the Court's inherent authority to enter confession judgments, and to the extent deemed necessary, pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure.

Dated: This 18th day of June 2026.

By: */s/Pamela Rosario*
Pamela Rosario, NY Bar No. 5036405
CONSUMER JUSTICE LAW FIRM
72-47 139th Street
Flushing, NY 11367
T: (718) 874-8526
F: (480) 613-7733
E: prosario@consumerjustice.com

*Attorney for Plaintiff*
*Gomin Gardiyehewa*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Pamela Rosario*