**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| GOMIN GARDIYEHEWA, | ) Case No. 5:24-cv-00405-D-KS |
| Plaintiff, | ) |
| | ) AFFIDAVIT OF PAMELA ROSARIO |
| -against- | ) |
| | ) |
| SIMPLIWORKS INC, and MALIK MCCRAY, as an individual, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The Affiant, Pamela Rosario having first duly sworn, deposes and says that:

1. I am a citizen and resident of Maricopa County, Arizona. I am more than eighteen (18) years of age. I have personal knowledge of the matters sworn to in this affidavit.

2. I am a licensed North Carolin attorney in good standing with the North Carolina Supreme Court and with the United States District Court for the Eastern District of New York.

3. I am an attorney in the law firm of Consumer Justice Law Firm.

4. Along with Dawn McCraw, I represent Plaintiff Gomin Gardiyehewa ("Plaintiff") in the above-captioned matter against Defendants Simpliworks Inc. and Malik McCray ("Defendants").

5. The lawsuit was dismissed pursuant to a Settlement and Release Agreement entered into by Plaintiff and Defendants and dated March 20, 2026 ("Settlement Agreement"). A true and correct copy of the Settlement Agreement is attached hereto as Exhibit A.

6. Defendants did not make the full initial settlement payment or the second settlement payment, which was due May 14, 2026 and May 23, 2026 under Paragraph 3 of the Settlement Agreement. Plaintiff, through counsel, sent several emails of a notice of default.

1

7. A true and correct copy of the Notice of Default with written confirmation via email is attached hereto as Exhibit B.

8. Plaintiff has advised that it has received from Defendants a $2,250 payment on or after May 19, 2026, and no other payments from Defendants under the Settlement Agreement. Accordingly, the total amount due to Plaintiff from Defendants as of June 16, 2026, is $22,480.

9. Plaintiff seeks prejudgment interest which continues to accrue from May 24, 2026 until entry of judgement at the applicable rate. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

10. Plaintiff requests the Court's entry of the Confession of Judgment against Defendants, which is attached as Exhibit C.

11. Plaintiff requests the Court enter Judgment against Defendants using the form attached hereto as Exhibit C.

Further Affiant sayeth not.

_____
Pamela Rosario, NY Bar No. 5036405
CONSUMER JUSTICE LAW FIRM
72-47 139th Street
Flushing, NY 11367
T: (718) 874-8526
F: (480) 613-7733
E: prosario@consumerjustice.com
*Attorney for Plaintiff*
*Gomin Gardiyehewa*

2