# EXHIBIT B

 **Outlook**

## Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

**From** Pamela Rosario <prosario@consumerjustice.com>

**Date** Fri 6/5/2026 7:18 AM

**To** Stephen Safran <stephen@safranlaw.com>

**Cc** Brianna Frohman <bfrohman@consumerjustice.com>; Suha Fasih <sfasih@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>

Hi Stephen,

Due to the fact that the second settlement payment remains outstanding and our client has not received any portion of the settlement funds, we will be filing a motion to reopen the case for the limited purpose of enforcing the settlement agreement. Please advise whether you oppose the motion so we can represent your position to the Court.

Thank you,

Pamela Rosario | Senior Associate
Consumer Justice Law Firm
D: (718) 874-8526 | F: (480) 613-7733
E: prosario@consumerjustice.com | W: www.consumerjustice.com
A: 8095 N. 85th Way, Scottsdale, AZ 85258

Admitted in the State of New York
District Court: Eastern District of New York, Northern District of New York, Southern District of New York

**Confidentiality Notice:** Licensed in New York. This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Sent:** Tuesday, May 26, 2026 3:58 PM
**To:** Stephen Safran <stephen@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>; Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Counsel,

The second payment was due 05/24. Please advise as soon as possible.

Thank you,

Consumer Justice Logo | **Jacey Gutierrez**
Paralegal

      (602) 807-1492
      jgutierrez@consumerjustice.com
      8095 N. 85th Way, Scottsdale, AZ 85258
      www.consumerjustice.com

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Sent:** Wednesday, May 20, 2026 7:00 AM
**To:** Stephen Safran <stephen@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Counsel,

We have received the first installment. The next payment will be due May 24th.

Thank you,



### Jacey Gutierrez
Paralegal

      (602) 807-1492
      jgutierrez@consumerjustice.com
      8095 N. 85th Way, Scottsdale, AZ 85258
      www.consumerjustice.com

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Janelle Romero <jromero@consumerjustice.com>
**Sent:** Friday, May 15, 2026 10:17 AM
**To:** Stephen Safran <stephen@safranlaw.com>
**Cc:** Jacey Gutierrez <jgutierrez@consumerjustice.com>; Brianna Frohman <bfrohman@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Hi Stephen,

Per the previously explained schedule, date of notice of default, and Confession of Judgment terms, the CoJ is now enforceable and we intend to file and seek judgment and enforcement of the full amount due. If your clients do not remit payment today, we will file first thing Monday morning.

Thank you,



### Janelle Romero
Managing Attorney

☎ (718) 874-8247
✉ jromero@consumerjustice.com
📍 8095 N 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com

in f ⊙

Admitted in the State of New York.
<u>District Courts:</u> Southern District of NY, Eastern District of NY, & Northern District of NY.

**<u>Confidentiality Notice:</u>** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Thursday, April 30, 2026 1:00 PM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>; Suha Fasih <sfasih@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

All I can do is remind him, which I have. So I have no further information for you at this time.

### Stephen P. Safran

Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com



---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Date:** Thursday, April 30, 2026 at 11:43 AM
**To:** Stephen Safran <stephen@safranlaw.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>; Suha Fasih <sfasih@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Counsel,

I spoke with the clerk of the court who confirmed that the case was closed on 04/09, and the judge will not be submitting an order.

Please remit payment as soon as possible.

Thank you,



| | **Jacey Gutierrez** |
|---|---|
| Consumer Justice Logo | Paralegal |
| | ☎ (602) 807-1492 |
| | ✉ jgutierrez@consumerjustice.com |
| | 📍 8095 N. 85th Way, Scottsdale, AZ 85258 |
| | 🌐 www.consumerjustice.com |
| | in f ⓘ |

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Wednesday, April 29, 2026 11:19 AM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>; Suha Fasih <sfasih@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Hi Jacey,

A condition precedent for payment due has not occurred. Per the terms of the Settlement Agreement it states payment is due 14 days after Stipulation of Dismissal is "so ordered" by the Court. Which hasn't happened yet.

Either way Simpliworks is aware of your requests.

Thanks,

Stephen


Stephen P. Safran
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com



**SAFRAN LAW OFFICES**

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Date:** Wednesday, April 29, 2026 at 1:43 PM
**To:** Stephen Safran <stephen@safranlaw.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>; Suha Fasih <sfasih@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Counsel,

I am following up on this matter. Please advise when we can expect payment to be received.

Thank you,



**Jacey Gutierrez**
Paralegal

☎ (602) 807-1492
✉ jgutierrez@consumerjustice.com
📍 8095 N. 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Sent:** Monday, April 27, 2026 9:02 AM
**To:** Stephen Safran <stephen@safranlaw.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>; Suha Fasih <sfasih@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Counsel,

I am following up on this matter. Please advise when we can expect payment to be received.

Thank you,



**Jacey Gutierrez**
Paralegal

☎ (602) 807-1492
✉ jgutierrez@consumerjustice.com
📍 8095 N. 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com



<u>**Confidentiality Notice:**</u> This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Sent:** Friday, April 24, 2026 10:00 AM
**To:** Stephen Safran <stephen@safranlaw.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>; Suha Fasih <sfasih@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Counsel,

Attached please find the ACH information for counsel and Plaintiff. The passwords will be the last four of the case number. Include in reference in wire transfer Plaintiff's First and Last Name.

Please confirm receipt.

Thank you,



| | **Jacey Gutierrez**<br>Paralegal |
|---|---|
| Consumer Justice Logo | ☎ (602) 807-1492<br>✉ jgutierrez@consumerjustice.com<br>📍 8095 N. 85th Way, Scottsdale, AZ 85258<br>🌐 www.consumerjustice.com<br>in  f  ⊙ |

<u>**Confidentiality Notice:**</u> This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Friday, April 24, 2026 8:25 AM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>; Suha Fasih <sfasih@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Jacey,

My client doesn't have paper checks. Can you provide ACH information for your firm and Mr. Gardiyehewa?

Thanks,

Stephen



Stephen P. Safran

Post Office Box 587

Raleigh, NC 27602

Office: (919) 828-1396 x 222

Direct: (919) 825-3216

stephen@safranlaw.com

https://www.safranlaw.com





**From:** Stephen Safran <stephen@safranlaw.com>
**Date:** Friday, April 24, 2026 at 11:06 AM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>; Suha Fasih <sfasih@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Hi Jacey,

I realize now that the Settlement Agreement and COJ are conflicting as to when the first payment is due. The Settlement Agreement states 14 days after Stipulation of Dismissal is "so ordered" by the Court. Which hasn't happened yet I don't think? The COJ states 14 days after execution of settlement. Either way I will follow up with the client on payment status.

Thanks,

Stephen



Stephen P. Safran

Post Office Box 587

Raleigh, NC 27602

Office: (919) 828-1396 x 222

Direct: (919) 825-3216

stephen@safranlaw.com

https://www.safranlaw.com

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Date:** Friday, April 24, 2026 at 10:23 AM
**To:** Stephen Safran <stephen@safranlaw.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero
<jromero@consumerjustice.com>; Suha Fasih <sfasih@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Counsel,

Please advise when we can expect to receive the settlement funds for this matter.

Thank you,



## Jacey Gutierrez
Paralegal

⬚ (602) 807-1492
✉ jgutierrez@consumerjustice.com
▯ 8095 N. 85th Way, Scottsdale, AZ 85258
▣ www.consumerjustice.com

in  f  ⊙

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the
addressees and may contain legally privileged, protected, or confidential information. If you have received this
message in error, please notify the sender immediately by email reply and please delete this message from your
computer and destroy any copies.

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Sent:** Wednesday, April 22, 2026 12:42 PM
**To:** Stephen Safran <stephen@safranlaw.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>;
Suha Fasih <sfasih@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Counsel,

Please advise when we can expect to receive the settlement funds for this matter.

Thank you,



| | **Jacey Gutierrez** |
|---|---|
| Consumer Justice Logo | Paralegal |
| | ☎ (602) 807-1492 |
| | ✉ jgutierrez@consumerjustice.com |
| | 🏢 8095 N. 85th Way, Scottsdale, AZ 85258 |
| | 🌐 www.consumerjustice.com |
| | in  f  ⊙ |

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Wednesday, April 8, 2026 12:48 PM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>; Suha Fasih <sfasih@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Approved.

Stephen P. Safran

Post Office Box 587

Raleigh, NC 27602

Office: (919) 828-1396 x 222

Direct: (919) 825-3216

stephen@safranlaw.com

https://www.safranlaw.com

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Date:** Tuesday, April 7, 2026 at 6:16 PM
**To:** Stephen Safran <stephen@safranlaw.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Brianna Frohman <bfrohman@consumerjustice.com>, Janelle Romero <jromero@consumerjustice.com>, Suha Fasih <sfasih@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Counsel,

Attached is the stipulation of dismissal for your review before we file. Please provide any tracked changes.

Thank you,



Jacey Gutierrez
Paralegal

☎ (602) 807-1492
✉ jgutierrez@consumerjustice.com
▣ 8095 N. 85th Way, Scottsdale, AZ 85258
⊕ www.consumerjustice.com

in  f  ◎

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Sent:** Friday, March 20, 2026 2:54 PM
**To:** Stephen Safran <stephen@safranlaw.com>
**Cc:** Landis Barber <lbarber@safranlaw.com>; Pamela Rosario <prosario@consumerjustice.com>; Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Settlement

Counsel,

Attached please find the signed settlement agreement and the password protected w9 and. The password is the last four of the case number.

Please confirm receipt, we will not send hard copies unless you request otherwise.

Thank you,



Jacey Gutierrez
Paralegal

☎ (602) 807-1492
✉ jgutierrez@consumerjustice.com
▣ 8095 N. 85th Way, Scottsdale, AZ 85258
⊕ www.consumerjustice.com

in  f  ◎

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Friday, March 20, 2026 9:52 AM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Cc:** Landis Barber <lbarber@safranlaw.com>; Pamela Rosario <prosario@consumerjustice.com>; Brianna Frohman <bfrohman@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Jacey,

See attached.

Thanks,

Stephen


Stephen P. Safran
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com


---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Date:** Thursday, March 19, 2026 at 5:43 PM
**To:** Stephen Safran <stephen@safranlaw.com>
**Cc:** Landis Barber <lbarber@safranlaw.com>, Pamela Rosario <prosario@consumerjustice.com>, Brianna Frohman <bfrohman@consumerjustice.com>, Janelle Romero <jromero@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Counsel,

Can you please send the full final version you had your client sign? Since there has been a bit of back and forth, we want to ensure there is no confusion before fully executing.

Thank you,

Consumer
Justice Logo

**Jacey Gutierrez**
Paralegal

☎ (602) 807-1492
✉ jgutierrez@consumerjustice.com
⌖ 8095 N. 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com

in  f  ⊙

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Thursday, March 19, 2026 7:06 AM
**To:** Janelle Romero <jromero@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Cc:** Landis Barber <lbarber@safranlaw.com>; Pamela Rosario <prosario@consumerjustice.com>; Brianna Frohman <bfrohman@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Janelle,

See attached signature pages. I didn't notice this until my client sent back the signed COJ, but the draft has the Plaintiff's name as the signatory. I think that is supposed to Malik McCray? Anyways, he didn't know he needed to sign there.

Thanks,

Stephen

<span style="color:red">Stephen P. Safran</span>
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com

---

**From:** Janelle Romero <jromero@consumerjustice.com>
**Date:** Monday, March 16, 2026 at 10:24 AM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>, Stephen Safran <stephen@safranlaw.com>
**Cc:** Landis Barber <lbarber@safranlaw.com>, Pamela Rosario <prosario@consumerjustice.com>, Brianna Frohman <bfrohman@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Stephen - If we do not receive the signed agreement this week, we will consider the agreement void as a result of Defendant's unwillingness to sign and advise the court.

Janelle Romero | Managing Associate

Consumer Justice Law Firm

D: 718-874-8247 | F: 480-613-7733

E: jromero@consumerjustice.com | W: www.consumerjustice.com

A: 72-47 139th Street, Flushing, NY 11367

**Confidentiality Notice:** Admitted in New York. This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Sent:** Monday, March 16, 2026 10:21:55 AM
**To:** Stephen Safran <stephen@safranlaw.com>
**Cc:** Janelle Romero <jromero@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>; Pamela Rosario <prosario@consumerjustice.com>; Brianna Frohman <bfrohman@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Stephen,

Please advise when we can expect to receive the signed settlement agreement.

Thank you,



**Jacey Gutierrez**

Paralegal

☎ (602) 807-1492
✉ jgutierrez@consumerjustice.com
⚲ 8095 N. 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Thursday, March 12, 2026 7:28 AM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Cc:** Janelle Romero <jromero@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>; Pamela Rosario <prosario@consumerjustice.com>; Brianna Frohman <bfrohman@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Yes I consent.

On Mar 12, 2026, at 10:18 AM, Jacey Gutierrez <jgutierrez@consumerjustice.com> wrote:

Hi Stephen,

We will accept an electronic signature, but we will still need to request the extension. Please let us know if you consent.

Thank you,



Jacey Gutierrez
Paralegal

☎ (602) 807-1492
✉ jgutierrez@consumerjustice.com
📍 8095 N. 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Tuesday, March 10, 2026 4:01 PM
**To:** Janelle Romero <jromero@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>; Brianna Frohman <bfrohman@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Janelle,

I asked the client to give me wet ink signatures and I'm not sure what the hold up is. Will you accept an electronic signature? That might help move it along.

Thanks,
Stephen
Stephen P. Safran
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Janelle Romero <jromero@consumerjustice.com>
**Date:** Tuesday, March 10, 2026 at 4:26 PM
**To:** Stephen Safran <stephen@safranlaw.com>, Jacey Gutierrez

<jgutierrez@consumerjustice.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>, Brianna Frohman
<bfrohman@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Stephen -

Our deadline to dismiss this case is March 16th and we will not agree to dismiss until the first payment has been received. Unless you intend to have a signed agreement and check to us in the next five days, we will need to request another extension. Additionally, my client has grown incredibly frustrated with the amount of time this has taken and is considering rescinding his agreement, your client cannot indefinitely delay his payment deadline by refusing to sign.

Please advise ASAP.

Thank you,



**Janelle Romero**
Managing Attorney

- (718) 874-8247
- jromero@consumerjustice.com
- 8095 N 85th Way, Scottsdale, AZ 85258
- www.consumerjustice.com

Admitted in the State of New York.
<u>District Courts:</u> Southern District of NY, Eastern District of NY, & Northern District of NY.

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Thursday, March 5, 2026 1:24 PM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>; Janelle Romero
<jromero@consumerjustice.com>; Brianna Frohman <bfrohman@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Waiting on executed docs from client.

Stephen P. Safran
Post Office Box 587
Raleigh, NC 27602

Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Date:** Monday, March 2, 2026 at 10:43 AM
**To:** Stephen Safran <stephen@safranlaw.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>, Janelle Romero <jromero@consumerjustice.com>, Brianna Frohman <bfrohman@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Counsel,

I am following up on the executed settlement agreement. Please advise.

Thank you,



### Jacey Gutierrez
Paralegal

☎ (602) 807-1492
✉ jgutierrez@consumerjustice.com
📍 8095 N. 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com

in  f  ⊙

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Thursday, February 26, 2026 2:21 PM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>; Brianna Frohman <bfrohman@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

I have sent ready to execute documents to the client and I'm told he is signing them and sending back to me.

Stephen P. Safran
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com

&lt;image001.jpg&gt;

---

**From:** Jacey Gutierrez &lt;jgutierrez@consumerjustice.com&gt;
**Date:** Tuesday, February 24, 2026 at 4:51 PM
**To:** Stephen Safran &lt;stephen@safranlaw.com&gt;, Landis Barber &lt;lbarber@safranlaw.com&gt;
**Cc:** Pamela Rosario &lt;prosario@consumerjustice.com&gt;, Janelle Romero
&lt;jromero@consumerjustice.com&gt;, Brianna Frohman &lt;bfrohman@consumerjustice.com&gt;
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Counsel,

I am following up on this matter. Please advise as soon as possible as our deadline to dismiss is approaching.

Thank you,



| | **Jacey Gutierrez** |
|---|---|
| Consumer Justice Logo | Paralegal |
| | ▪ (602) 807-1492 |
| | ✉ jgutierrez@consumerjustice.com |
| | 📍 8095 N. 85th Way, Scottsdale, AZ 85258 |
| | 🌐 www.consumerjustice.com |
| | 🔗 ⓕ ⓞ |

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran &lt;stephen@safranlaw.com&gt;
**Sent:** Wednesday, January 28, 2026 8:02 PM
**To:** Jacey Gutierrez &lt;jgutierrez@consumerjustice.com&gt;; Janelle Romero
&lt;jromero@consumerjustice.com&gt;; Landis Barber &lt;lbarber@safranlaw.com&gt;
**Cc:** Pamela Rosario &lt;prosario@consumerjustice.com&gt;
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Confirmed.


Stephen P. Safran
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
&lt;image001.jpg&gt;

---

**From:** Jacey Gutierrez &lt;jgutierrez@consumerjustice.com&gt;
**Date:** Wednesday, January 28, 2026 at 5:18 PM
**To:** Janelle Romero &lt;jromero@consumerjustice.com&gt;, Stephen Safran

<stephen@safranlaw.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Counsel,

Attached  is the extension request for you review before we file

Thank you,



Jacey Gutierrez
Paralegal

☎ (602) 807-1492
✉ jgutierrez@consumerjustice.com
▢ 8095 N. 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Janelle Romero <jromero@consumerjustice.com>
**Sent:** Tuesday, January 27, 2026 3:16 PM
**To:** Stephen Safran <stephen@safranlaw.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

We will circulate a draft of the extension request for your review prior to filing, thank you!



Janelle Romero
Managing Attorney

☎ (718) 874-8247
✉ jromero@consumerjustice.com
▢ 8095 N 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com

Admitted in the State of New York.
District Courts: Southern District of NY, Eastern District of NY, & Northern District of NY.

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Tuesday, January 27, 2026 4:19 PM
**To:** Janelle Romero <jromero@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Janelle,

I've been in a deposition today and will be tomorrow. Then I'm headed out of town on Thursday. We will need an extension. My client is still hung up on the $30k individual confession.

Thanks,

Stephen

**Stephen P. Safran**
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

**From:** Janelle Romero <jromero@consumerjustice.com>
**Date:** Tuesday, January 27, 2026 at 11:35 AM
**To:** Stephen Safran <stephen@safranlaw.com>, Jacey Gutierrez <jgutierrez@consumerjustice.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Stephen,

I hope you're well. I am writing to follow up on our last conversation so that we can finalize the agreement. We have a deadline coming up with the court soon and it looks like we're going to need to request another extension.



Janelle Romero
Managing Attorney

📞 (718) 874-8247
✉ jromero@consumerjustice.com
📍 8095 N 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com

Admitted in the State of New York.
<u>District Courts:</u> Southern District of NY, Eastern District of NY, & Northern District of NY.

<u>**Confidentiality Notice:**</u> This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Monday, January 19, 2026 12:45 PM
**To:** Janelle Romero <jromero@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Can we talk tomorrow morning between 9:30-11? Or Wednesday?

Stephen P. Safran
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Janelle Romero <jromero@consumerjustice.com>
**Date:** Monday, January 19, 2026 at 11:01 AM
**To:** Stephen Safran <stephen@safranlaw.com>, Jacey Gutierrez <jgutierrez@consumerjustice.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Stephen,

Sure, are you available any time before 12:30pm? If not, let me know what times work best for you.



Admitted in the State of New York.

<u>District Courts:</u> Southern District of NY, Eastern District of NY, & Northern District of NY.

**<u>Confidentiality Notice:</u>** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Monday, January 19, 2026 10:59 AM
**To:** Janelle Romero <jromero@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Janelle,

Can we have a quick call to clarify this?

Thanks,

Stephen


Stephen P. Safran
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Date:** Thursday, January 8, 2026 at 9:52 AM
**To:** Janelle Romero <jromero@consumerjustice.com>, Jacey Gutierrez <jgutierrez@consumerjustice.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Janelle,

I admit I'm confused. Can we have a quick call to clarify? I'm tied up today but I could chat tomorrow 9am-11am.

Thanks,

Stephen


Stephen P. Safran
Post Office Box 587
Raleigh, NC 27602

Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Janelle Romero <jromero@consumerjustice.com>
**Date:** Wednesday, January 7, 2026 at 4:59 PM
**To:** Stephen Safran <stephen@safranlaw.com>, Jacey Gutierrez
<jgutierrez@consumerjustice.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Stephen,

If we agree to $15,000, less any payments already made, the amount would be satisfied
even without completion of the payment plan. We can agree to $30,000, less any payments
made, OR $15,000 for Mr. McCray - not both.



### Janelle Romero
Managing Attorney

- (718) 874-8247
- jromero@consumerjustice.com
- 8095 N 85th Way, Scottsdale, AZ 85258
- www.consumerjustice.com

Admitted in the State of New York.
District Courts: Southern District of NY, Eastern District of NY, & Northern District of NY.

**Confidentiality Notice:** This email and all attachments transmitted with it are intended
solely for the use of the addressees and may contain legally privileged, protected, or
confidential information. If you have received this message in error, please notify the sender
immediately by email reply and please delete this message from your computer and destroy
any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Wednesday, January 7, 2026 3:39 PM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>; Janelle Romero
<jromero@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Jacey,

We agreed the Confession of Judgment as to Mr. McCray would be $15,000 so I
made that edit. Please confirm.

Thanks,

Stephen

**Stephen P. Safran**
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Date:** Tuesday, January 6, 2026 at 11:17 AM
**To:** Stephen Safran <stephen@safranlaw.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>, Janelle Romero <jromero@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Counsel,

Attached please find the COJ and settlement agreement with our tracked changes. Please advise if you approve and we will have our client sign.

Thank you,



| | Jacey Gutierrez |
|---|---|
| Consumer Justice Logo | Paralegal |
| | ☎ (602) 807-1492 |
| | ✉ jgutierrez@consumerjustice.com |
| | 📍 8095 N. 85th Way, Scottsdale, AZ 85258 |
| | 🌐 www.consumerjustice.com |
| | in  f  ⊚ |

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Tuesday, December 16, 2025 10:06 AM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>; Janelle Romero <jromero@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

I consent and you may include my e-signature.

**Stephen P. Safran**
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Date:** Tuesday, December 16, 2025 at 11:45 AM
**To:** Stephen Safran <stephen@safranlaw.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>, Janelle Romero <jromero@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Counsel,

We will have a draft over to you shortly for review. In the meantime, please advise if you approve and are willing to join in the attached motion for an extension to file dismissal papers.

Thank you,



**Jacey Gutierrez**
Paralegal

(602) 807-1492
jgutierrez@consumerjustice.com
8095 N. 85th Way, Scottsdale, AZ 85258
www.consumerjustice.com

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Friday, December 12, 2025 12:01 PM
**To:** Janelle Romero <jromero@consumerjustice.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Can you provide revised settlement agreement language and revised Confession of Judgment along the lines of our discussion so that I can discuss with my client?

**Stephen P. Safran**
Post Office Box 587
Raleigh, NC 27602

Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Janelle Romero <jromero@consumerjustice.com>
**Date:** Friday, December 12, 2025 at 11:35 AM
**To:** Stephen Safran <stephen@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>, Jacey Gutierrez <jgutierrez@consumerjustice.com>, Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Stephen,

We can agree to that in exchange for agreeing not to release Mr. McCray's CoJ until the entire payment has been completed. Does that work?

Thanks!



Janelle Romero
Managing Attorney

📞 (718) 874-8247
✉ jromero@consumerjustice.com
📍 8095 N 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com

Admitted in the State of New York.
<u>District Courts:</u> Southern District of NY, Eastern District of NY, & Northern District of NY.

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Friday, December 12, 2025 11:17 AM
**To:** Janelle Romero <jromero@consumerjustice.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Janelle,

That is all the authority I have to offer right now. If I need to go back to the client it will take some time.

In the alternative, would Plaintiff agree that installment payments made reduce the collectable amount of the Confession of Judgment? For example, I don't think it's reasonable for Plaintiff to get a full $30k COJ if the last payment of $6250 is defaulted.

 Thanks,


Stephen


Stephen P. Safran
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Janelle Romero <jromero@consumerjustice.com>
**Date:** Thursday, December 11, 2025 at 9:06 AM
**To:** Stephen Safran <stephen@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>, Jacey Gutierrez <jgutierrez@consumerjustice.com>, Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Stephen,

We are agreeable to the proposed terms with the exception of the release of the CoJ against Mr. McCray upon receipt of the second payment. Let me know if this works and I can send a redlined version of the documents for your review.

Thanks!



Janelle Romero
Managing Attorney

☎ (718) 874-8247
✉ jromero@consumerjustice.com
📍 8095 N 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com


Admitted in the State of New York.
District Courts: Southern District of NY, Eastern District of NY, & Northern District of NY.

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender

immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Friday, December 5, 2025 3:04 PM
**To:** Janelle Romero <jromero@consumerjustice.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Janelle,

Here is what we propose.

Malik McCary will agree to provide a Confession of Judgment in the amount of $15,000. The Confession of Judgment as to Malik McCray is secondary i.e., Plaintiff must attempt to collect the judgment (if necessary) against Simpliworks prior to filing the McCray COJ and attempting to collect against Mr. McCray.

The settlement agreement shall provide that upon Plaintiff's receipt of the 2nd installment payment, the Plaintiff shall release the Confession of Judgment against Malik McCray and allow counsel for Malik McCray to destroy the McCray Confession of Judgment.

For the sake of clarity the total cumulative collectable amount of both Confessions of Judgment shall be $30,000. Even though you would have a $30,000 COJ as to Simpliworks, and a $15,000 COJ as to McCray, just being clear Plaintiff is not entitled to a judgment in the amount of $45,000.

Thanks,

Stephen

<span style="color:red">Stephen P. Safran</span>
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Date:** Friday, December 5, 2025 at 12:43 PM
**To:** Janelle Romero <jromero@consumerjustice.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>, Jacey Gutierrez <jgutierrez@consumerjustice.com>, Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

I have a call with my client today to discuss.

**Stephen P. Safran**

Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Janelle Romero <jromero@consumerjustice.com>
**Date:** Friday, December 5, 2025 at 12:43 PM
**To:** Stephen Safran <stephen@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>, Jacey Gutierrez <jgutierrez@consumerjustice.com>, Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Stephen,

I hope you're well. I am following up on my previous email.

Thanks!



**Janelle Romero**
Managing Attorney

CJL Logo

Janelle Romero

☎ (718) 874-8247
✉ jromero@consumerjustice.com
📍 8095 N 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com

Admitted in the State of New York.
District Courts: Southern District of NY, Eastern District of NY, & Northern District of NY.

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Janelle Romero <jromero@consumerjustice.com>
**Sent:** Monday, December 1, 2025 12:41 PM
**To:** Stephen Safran <stephen@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Stephen,

I hope you had a nice Thanksgiving weekend. We are willing to reduce the CoJ amount for the individual defendant to the amount of the settlement rather than $30,000.00 but cannot finalize this agreement without the inclusion of both defendants in the CoJ as they are both liable in this matter and its resolution. Please advise.

Thanks!



**Janelle Romero**
Managing Attorney

☎ (718) 874-8247
✉ jromero@consumerjustice.com
📍 8095 N 85th Way, Scottsdale, AZ 85258
🌐 www.consumerjustice.com

Admitted in the State of New York.
<u>District Courts:</u> Southern District of NY, Eastern District of NY, & Northern District of NY.

**<u>Confidentiality Notice:</u>** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Wednesday, October 29, 2025 1:29 PM
**To:** Janelle Romero <jromero@consumerjustice.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Janelle,

I've had discussion with my client. He will not agree to include Malik McCray individually in the Confession of Judgment. For what it's worth, my client wanted me to tell you that he would not have agreed to the payment schedule in the settlement if he didn't think Simpliworks could make the payments.

Simpliworks will agree to modified language in the settlement regarding Gardiyehewa's waiver of monetary damages for a discrimination claim.

Thanks,

Stephen

<span style="color:red">Stephen P. Safran</span>
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216

stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Date:** Monday, October 13, 2025 at 9:51 AM
**To:** Janelle Romero <jromero@consumerjustice.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>, Jacey Gutierrez <jgutierrez@consumerjustice.com>, Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Good morning,

I'm out of the office today and tomorrow. Can we set up a call Wednesday to discuss this? I'm open most of the day.

Thanks,

Stephen

> On Oct 9, 2025, at 11:44 AM, Janelle Romero <jromero@consumerjustice.com> wrote:
>
> Hi Stephen,
>
> We have no issue with agreeing to a full release of claims. However, I don't believe he can relinquish his right to file a claim with the EEOC by law, but he can release his right to receive monetary compensation as a result of an EEOC charge brought. I don't anticipate this being an issue as I am not aware of any potential discrimination claim against either Defendant, but I can modify the language to reflect this if you'd like.
>
> I don't see the confession of judgment attached in your email with proposed revisions but I'm happy to review once you're able to provide and can discuss the LDs with my client. I don't anticipate it being an issue either.
>
> Agreeable to the non-disparagement clause.
>
> We prefer to include both the individual and corporate Defendant in the COJ, especially given the nature of the company's financial difficulties and the individual Defendant's liability.
>
> Thank you,

# Janelle Romero
## Managing Attorney

📱 (718) 874-8247

✉ jromero@consumerjustice.com

📍 8095 N. 85th Way Scottsdale, AZ 85258

🌐 www.consumerjustice.com

 



Admitted in the State of New York.
<u>District Courts:</u> Southern District of NY, Eastern District of NY, & Northern District of NY.

**<u>Confidentiality Notice:</u>** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Thursday, October 9, 2025 12:22 PM
**To:** Janelle Romero <jromero@consumerjustice.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Janelle,

I have some edits and additions to the Settlement Agreement draft:

1. This settlement needs to be a full release of all claims including any administrative complaints made by your client against Simpliworks. I don't think he has any basis to bring a discrimination claim, but I want that released.
2. We don't agree to LDs over and above the Confession of Judgment in the event of a breach.
3. Added a non-disparagement clause
4. This wasn't made clear, but we only contemplated the Confession of Judgment being against Simpliworks.

Not trying to kick the can too far down the road but I'm going to be out of the office tomorrow until 10/15. I'll check emails in the mornings just to stay up with anything coming in.

Thanks,

Stephen

<span style="color:red">**Stephen P. Safran**</span>
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
<u>stephen@safranlaw.com</u>
<u>https://www.safranlaw.com</u>
<image001.jpg>

---

**From:** Janelle Romero <jromero@consumerjustice.com>
**Date:** Monday, October 6, 2025 at 12:59 PM
**To:** Stephen Safran <stephen@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>, Jacey Gutierrez <jgutierrez@consumerjustice.com>, Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Stephen,

I hope you had a nice weekend! Attached is a draft of the parties' settlement agreement and confession of judgment. Please let me know if you propose any changes or if you approve for signing.

Thank you!

## Janelle Romero
### Managing Attorney

📱 (718) 874–8247

✉ jromero@consumerjustice.com

📍 8095 N. 85th Way Scottsdale, AZ 85258

🌐 www.consumerjustice.com

Admitted in the State of New York.
<u>District Courts:</u> Southern District of NY, Eastern District of NY, & Northern District of NY.

**<u>Confidentiality Notice:</u>** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Monday, September 22, 2025 2:13 PM
**To:** Janelle Romero <jromero@consumerjustice.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Janelle,

Simpliworks will agree to $25,000 over 4 months with the 15 day grace period as you've proposed.

Will this pay schedule be agreeable?

Payable as follows:

1st Payment $6,250 due within 15 days of execution of settlement agreement.

2nd Payment $6,250 due within 30 days of 1st Payment due date.

3rd Payment $6,250 due within 30 days of 2nd Payment due date.

4th Payment $6,250 within 30 days of 3rd Payment due date.

Each Installment payment shall have a Right to Cure grace period of 15 days prior being declared in default.

Confession of Judgment in the amount of $30,000.00

Thanks,

Stephen

<span style="color:red">Stephen P. Safran</span>
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Date:** Monday, September 22, 2025 at 12:33 PM
**To:** Janelle Romero <jromero@consumerjustice.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>, Jacey Gutierrez <jgutierrez@consumerjustice.com>, Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

I was at lunch. I'm available before 2pm when you have a moment.

**Stephen P. Safran**
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Janelle Romero <jromero@consumerjustice.com>
**Date:** Monday, September 22, 2025 at 12:27 PM
**To:** Stephen Safran <stephen@safranlaw.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>, Jacey Gutierrez <jgutierrez@consumerjustice.com>, Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Stephen,

I just left you a voicemail. I have a few calls scheduled between now and 2pm but if you're able to talk before then just let me know and I'll pause my call for a second to follow up with you.

Thanks!

Janelle J. Romero, Esq. | Managing Associate
Consumer Justice Law Firm
D: 718-874-8247 | F: 480-613-7733
E: jromero@consumerjustice.com | W: www.consumerjustice.com
A: 72-47 139th Street, Flushing, NY 11367

Admitted in the State of New York.
District Courts: Southern District of NY, Eastern District of NY, & Northern District of NY.

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Friday, September 19, 2025 2:21 PM
**To:** Janelle Romero <jromero@consumerjustice.com>
**Cc:** Pamela Rosario <prosario@consumerjustice.com>; Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Janelle,

Simpliworks will offer a total settlement of $21,500.00.

Payable as follows:

1st Payment $5,375 due within 15 days of execution of settlement agreement.

2nd Payment $5,375 due within 30 days of 1st Payment due date.

3rd Payment $5,375 due within 30 days of 2nd Payment due date.

4th Payment $5,375 within 30 days of 3rd Payment due date.

Each Installment payment shall have a Right to Cure grace period of 10 days prior being declared in default.

Confession of Judgment in the amount of $30,000.00

 Thanks,


Stephen


**Stephen P. Safran**
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Date:** Thursday, September 18, 2025 at 2:45 PM
**To:** Stephen Safran <stephen@safranlaw.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Janelle Romero <jromero@consumerjustice.com>, Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

I will send a calendar invite for 10am

Thank you,

Jacey Gutierrez | Paralegal
Consumer Justice Law Firm
D: 602-807-1492 | F: 480-613-7733
E: jgutierrez@consumerjustice.com | W: www.consumerjustice.com
A: 8095 N. 85th Way, Scottsdale, AZ 85258

<u>**Confidentiality Notice:**</u> This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Thursday, September 18, 2025 11:43 AM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Janelle Romero <jromero@consumerjustice.com>; Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

I can do tomorrow at 8:30am or 10am. Shouldn't take more than 10-15 min.

<span style="color:red">Stephen P. Safran</span>
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Date:** Thursday, September 18, 2025 at 2:31 PM
**To:** Stephen Safran <stephen@safranlaw.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Janelle Romero <jromero@consumerjustice.com>, Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Janelle has a deposition starting at 10:30am EST. She can be available for a call before then, or after if it ends early.

Thank you,

Jacey Gutierrez | Paralegal
Consumer Justice Law Firm
D: 602-807-1492 | F: 480-613-7733
E: jgutierrez@consumerjustice.com | W: www.consumerjustice.com
A: 8095 N. 85th Way, Scottsdale, AZ 85258

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Thursday, September 18, 2025 11:28 AM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Janelle Romero <jromero@consumerjustice.com>; Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Jacey,

Can I schedule a call with Janelle tomorrow afternoon 12:30-3p if she is available?

Thanks,

Stephen


Stephen P. Safran
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Date:** Wednesday, September 17, 2025 at 12:46 PM
**To:** Stephen Safran <stephen@safranlaw.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Janelle Romero <jromero@consumerjustice.com>, Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Counsel,

We will schedule the call for today at 3pm EST via teams.

Thank you,

Jacey Gutierrez | Paralegal
Consumer Justice Law Firm
D: 602-807-1492 | F: 480-613-7733
E: jgutierrez@consumerjustice.com | W: www.consumerjustice.com
A: 8095 N. 85th Way, Scottsdale, AZ 85258

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Stephen Safran <stephen@safranlaw.com>
**Sent:** Wednesday, September 17, 2025 9:43 AM
**To:** Jacey Gutierrez <jgutierrez@consumerjustice.com>; Landis Barber <lbarber@safranlaw.com>
**Cc:** Janelle Romero <jromero@consumerjustice.com>; Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Re: Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Hi Jacey,

I'd prefer to have the call today. I'm available until 4:45p.

Thanks,

Stephen


Stephen P. Safran
Post Office Box 587
Raleigh, NC 27602
Office: (919) 828-1396 x 222
Direct: (919) 825-3216
stephen@safranlaw.com
https://www.safranlaw.com
<image001.jpg>

---

**From:** Jacey Gutierrez <jgutierrez@consumerjustice.com>
**Date:** Wednesday, September 17, 2025 at 12:02 PM
**To:** Stephen Safran <stephen@safranlaw.com>, Landis Barber <lbarber@safranlaw.com>
**Cc:** Janelle Romero <jromero@consumerjustice.com>, Pamela Rosario <prosario@consumerjustice.com>
**Subject:** Gardiyehewa, Gomin vs. Simpliworks, et al- Dispositive Motions

Counsel,

I am reaching out to schedule a call regarding this matter. Please advise if you are available for a call today or on Monday.

Thank you,

Jacey Gutierrez | Paralegal
Consumer Justice Law Firm
D: 602-807-1492 | F: 480-613-7733
E: jgutierrez@consumerjustice.com | W: www.consumerjustice.com
A: 8095 N. 85th Way, Scottsdale, AZ 85258

**Confidentiality Notice:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.