# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

------------------------------------------------------------------------X

GOMIN GARDIYEHEWA,

                         Plaintiff,

    -against-

SIMPLIWORKS INC., and MALIK MCCRAY, as an
individual,

                         Defendants.

------------------------------------------------------------------------X

**AFFIDAVIT OF
CONFESSION OF
JUDGMENT**

**5:24-cv-00405**

I, **MALIK MCCRAY**, being duly sworn, deposes and says:

1. I am an individual Defendant and an agent of the corporate Defendant, **SIMPLIWORKS INC.**, in the above action.

2. My full legal name is Malik Hassan McCray and I reside at 3500 Philemon Ave, #540 Charlotte, NC 28206.

3. I, as an individual, hereby confesses judgment in this Court in favor of the Plaintiff for the sum of **Thirty Thousand Dollars and Zero Cents ($30,000.00)** less any payments already made in this matter, in accordance with the amicable resolution of the action between these parties pending in the Eastern District of North Carolina bearing Docket No. 24-cv-00405 (the "Litigation") and hereby authorizes Plaintiff or his heirs, executors, administrators, or assigns to enter judgment for that sum against **MALIK MCCRAY**.

4. I, as an authorized agent of **SIMPLIWORKS INC.**, hereby confesses judgment in this Court in favor of the Plaintiff, for the sum of **Thirty Thousand Dollars and Zero Cents ($30,000.00), less any payments already made** in this matter, in accordance with the amicable resolution of the Litigation and hereby authorizes Plaintiff or his heirs, executors, administrators, or assigns to enter judgment for that sum against **SIMPLIWORKS INC.**

5. This confession of judgment is for a debt justly due to the Plaintiff arising out of the following facts:

      Plaintiff commenced the Litigation pursuant to the Fair Labor Standards Act and the North Carolina Wage and Hour Act, alleging, *inter alia*, that Defendants (as Plaintiff's

employer) failed to pay proper wages and overtime wages when Plaintiff worked over 40 hours in a particular work week. Defendants denied and continue to deny that Plaintiff is entitled to any recovery against Defendants. The Litigation was amicably resolved by the Defendants agreeing to pay a total of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00) pursuant to the following payment schedule:

    i. The total amount of $6,250.00 as first installment to be paid within fourteen (14) days of the Parties' fully executed Settlement Agreement;

    ii. The remainder of $18,750.00 to be paid in three (3) equal monthly installments, every thirty (30) days after the first installment.

6. In the event Defendants are in default of any of the payments in Paragraph 1 of this Agreement, Plaintiff shall provide fifteen (15) calendar days written notice to be delivered via electronic mail to Stephen Safran, Esq. at **stephen@safranlaw.com**. If Defendants do not cure the defect within fifteen (15) calendar days of receipt of the notice, all amounts payable herein shall be accelerated and Plaintiff shall be permitted to file the confessions of judgment with the Clerk of the Eastern District of North Carolina and/or in a Court of competent jurisdiction in the amount of $30,000.00, less any amounts already paid, pursuant to this Agreement.

7. In the event of such a default and entry of such judgment as described above, Defendants agree to pay and be indebted to Plaintiff for statutory costs, reasonable attorneys' fees incurred in the process of entering and enforcing the judgment, and interest on the judgment. Defendants shall be jointly and severally liable for the amounts set forth in this Confession of Judgment.

8. This confession of judgment is not for the purpose of securing the Plaintiff against a contingent liability, nor is it based upon a consumer credit transaction.

*Gomin Gardiyehewa*

_____

**GOMIN GARDIYEHEWA**, as an individual

Date: 03-20-2026 _____

*[signature]*

_____

**MALIK MCCRAY**, as an agent authorized to execute on behalf of **SIMPLIWORKS INC.**

Date: 03/18/26