GOMIN GARDIYEHEWA,

      Plaintiff,

-against-

SIMPLIWORKS INC, and MALIK MCCRAY, as an individual,

      Defendants.

)  Case No. 5:24-cv-00405-D-KS
)
)
)
)
)
)
)
)

## [PROPOSED] ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Vacate Dismissal, Reopen Case, Enforce Settlement Agreement and Enter Confession of Judgment Against Defendants (Dkt. #40). Counsel for Plaintiff has advised the Court that Defendants have been unresponsive to Plaintiff's request to the reopening of this matter for the purposes of enforcing the settlement agreement entered not among the parties.

The Court therefore ORDERS that the prior stipulation of dismissal (Dkt. 39) is VACATED and the Clerk is directed to REOPEN this case for the purposes of enforcing the settlement agreement among the parties.

Plaintiff filed a Notice of Settlement of this matter on September 30, 2025 (Dkt. #29).

In the Settlement Agreement, Defendants agreed to make four monthly installments to Plaintiff of $6,250 starting May 14, 2026, for a total $25,000. (Dkt. #40-3, Exhibit A). Defendants executed a Confession of Judgment in Plaintiff's favor for the amount of $30,000 less credit for any payments made. (Dkt. #40-3-40-5, Exhibit A-C)

As of May 19, 2026, Defendants made their first payment of $2,520, albeit late, and not the entire amount of the first installment which is $6,250, and Defendants failed to make any other

1

payments to Plaintiff under the Settlement Agreement, after being notified by Plaintiff and being given an opportunity to cure the default. (Dkt. #40-4).

Defendants have not notified the Court that they have satisfied their obligations under the Settlement Agreement.

This Court may exercise its inherent power to enforce a settlement agreement if the parties have reached a complete agreement and its terms and conditions are readily determinable. *Hensley v. Alcon Laboratories, Inc.,* 277 F.3d 535, 540-41 (4th Cir. 2002) (citations omitted). The Court has reviewed the parties' Settlement Agreement, which unequivocally sets forth the terms agreed to and signed by all parties. Defendants have failed to adhere to the terms of that agreement by making the required payments to Plaintiff.

It appears that the requirements of Hensley are satisfied in this case. This Court therefore GRANTS Plaintiff's Motion to Enforce the Settlement Agreement (Dkt. #40).

The Clerk is respectfully DIRECTED to ENTER JUDGMENT against Defendants Simpliworks Inc. and Malik McCray, jointly and severally, in the amount of $30,000 in accordance with the Confession of Judgment (Dkt. #40-5, Exhibit C).

Plaintiff further requests an award of prejudgment interest as permitted by applicable law, together with statutory costs, reasonable attorneys' fees incurred in obtaining and enforcing the Judgement, and post-judgment interest pursuant to 28 U.S.C. § 1961.

This the _____ day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

2